```
                        FILED
              CLERK, U.S. DISTRICT COURT

                     JUL 2 9 2008

              CENTRAL DISTRICT OF CALIFORNIA
              BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO ROBLES,<br><br>   Petitioner,<br><br>  vs.<br><br>LYDIA C. HENSEN, WARDEN,<br><br>   Respondent. | CASE NO. CV 07-04983 AG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: July 26, 2008

                _____
                ANDREW J. GUILFORD
                UNITED STATES DISTRICT JUDGE