FILED
CLERK, U.S. DISTRICT COURT
JUL 2 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROMERO ROBLES,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>LYDIA C. HENSEN, WARDEN,<br><br>　　　　　Respondent. | CASE NO. CV 07-04983 AG (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JUAN ROMERO ROBLES for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed.

DATED: July 26, 2008

　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE